

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 17–07–M–DWM |
| Plaintiff, | |
| vs. | ORDER |
| MARTIN LUTHER JOHNSON and THEODORE JAVARRE DRUMMOND, | |
| Defendants. | |

Defendants Martin Luther Johnson and Theodore Javarre Drummond's Judgments (Docs. 55, 57 ) imposed restitution but did not specify where restitution payments were to be made. Accordingly,

IT IS ORDERED that Drummond shall make restitution payments to the Clerk, United States District Court, P.O. Box 8537, Missoula, MT 59807, **Restitution Theodore Javarre Drummond**.

IT IS FURTHER ORDERED that Johnson shall make restitution payments to the Clerk, United States District Court, P.O. Box 8537, Missoula, MT 59807, **Restitution Martin Luther Johnson**.

DATED this 12th day of October, 2017.

/s/ Donald W. Molloy
Donald W. Molloy, District Judge
United States District Court